Form 150

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                            Bankruptcy No: 15-20626 GLT
                                                  Chapter 13
                                                  Related to Docket Document No. 66, 67
                                                  Document No.   71
                                                  Conciliation Conference Date:
                                                  7/28/16 at 10:00 AM

**Lisa Marie Jioio**
          Debtor(s)

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the   14th  day of    July ,2016, I served a copy of the within Order filed at DD# 69 together with the amended Chapter 13 Plan dated 5/13/16 and this COS by : Prepaid United States First Class Mail containing a request for return of service address  on the following at:

Allied Interstate
P.O. Box 1954
Southgate, MI 48195-0954

CBCS
P.O. Box 2724
Columbus, OH 43216-2724

Carepayment
P.O. Box 2398
Omaha, NE 68103-2398

City of Jeannette
Waste Management
110 South Second Street
Jeannette, PA 15644

Credit Collections Service
P.O. Box 773
Needham, MA 01494-0918

Credit Collections USA
CCUSA/ Attn.: Bankruptcy
16 Distributor Drive, Suite 1
Morgantown, WV 26501-7209

Dish Network
Department 0063
Palatine, IL 60055-0063

Excela Health Anesthesia Associates
P.O. Box 5801
High Point, NC 27262-5801

Excela Health Medical Group
520 Jefferson Avenue, Suite 400
Jeannette, PA 15644

Pennsylvania Department of Revenue
Department 280946
P.O. Box 280946
Attn.: Bankruptcy Division
Harrisburg, PA 17128-0946

West Penn Power
1310 Fairmont Avenue
Fairmont WV 26554-3526

West Penn Power
P.O. Box 3615
Akron, OH 44309-3615

**Parties Served electronically by the Court on June 24, 2016 at Docket 58 with the Amended Plan dated 5/13/2106 and its Notice are:**

Samantha J Chugh on behalf of Creditor BANK OF AMERICA, N.A.
schugh@reedsmith.com

Samantha J Chugh on behalf of Defendant BANK OF AMERICA
schugh@reedsmith.com

David A. Colecchia on behalf of Debtor Lisa Marie Jioio
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Defendant BANK OF AMERICA
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Plaintiff Lisa Marie Jioio
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

Andrew F Gornall on behalf of Creditor BANK OF AMERICA, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Brett A. Solomon on behalf of Creditor Ally Financial
bsolomon@tuckerlaw.com,
dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Parties Served electronically by the Court on July 3, 2016 at Docket 69 with the Court scheduling order are:**

Samantha J Chugh on behalf of Creditor BANK OF AMERICA, N.A.
schugh@reedsmith.com

Samantha J Chugh on behalf of Defendant BANK OF AMERICA
schugh@reedsmith.com

David A. Colecchia on behalf of Debtor Lisa Marie Jioio
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Defendant BANK OF AMERICA
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Plaintiff Lisa Marie Jioio
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

Andrew F Gornall on behalf of Creditor BANK OF AMERICA, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Brett A. Solomon on behalf of Creditor Ally Financial
bsolomon@tuckerlaw.com,
dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

**Parties Served electronically by the Court on July 14, 2016 at Docket 71 with this COS are:**

Samantha J Chugh on behalf of Creditor BANK OF AMERICA, N.A.
schugh@reedsmith.com

Samantha J Chugh on behalf of Defendant BANK OF AMERICA, schugh@reedsmith.com

David A. Colecchia on behalf of Debtor Lisa Marie Jioio
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Defendant BANK OF AMERICA
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

David A. Colecchia on behalf of Plaintiff Lisa Marie Jioio
colecchia542@comcast.net, dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjuliano@my-lawyers.us

Andrew F Gornall on behalf of Creditor BANK OF AMERICA, N.A.
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Brett A. Solomon on behalf of Creditor Ally Financial
bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

EXECUTED ON: July 14, 2016                             /s/David A. Colecchia, Esquire
                                                                          (Signature)

David A. Colecchia, David A. Colecchia & Associates, Law Care, 324 S. Maple Ave., Greensburg, PA 15601 724-837-2320 PA ID 71830, colecchia542@comcast.net