IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Lisa Marie Jioio,
     Debtor,

          Bankruptcy 15-20626-GLT
          Chapter    13
          Related to Docket Document No. 61, 64
          Docket Document No.

Ronda Winnecour, Trustee and Debtor(s)
Lisa Marie Jioio,    xxx-xx-5163
      Movant,
vs.
Giant Eagle, Inc.
      Respondent,

          Amended Motion No. WO-1

**CERTIFICATE OF SERVICE of EX PARTE ORDER TO PAY TRUSTEE PURSUANT
TO AMENDED WAGE ATTACHMENT ORDER WO-1**

I certify under penalty of perjury that I served the above captioned *Order* filed at Docket Document 61, Form 30 and this *COS* on the parties at the address specified below or on the attached list on July 17, 2016.

The type(s) of service made on the parties was: <u>Prepaid United States First Class Mail containing a request for return of service address and electronic notification.</u>

**Parties served by prepaid United States First Class Mail containing a return of service address are:**

Giant Eagle
ATTN:  Payroll Department
101 Kappa Drive
Pittsburgh, PA  15238-2809

Lisa Marie Jioio
113 Good Street
Jeannette, PA 15644

**Parties served electronically by the Court are:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

EXECUTED ON:  July 17, 2016

<u>By:  /s/David A. Colecchia, Esquire</u>
David A. Colecchia
Law Care
324 S. Maple Ave.
Greensburg, PA 15601
724-837-2320
PA ID 71830
colecchia542@comcast.net