# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** LISA MARIE JIOIO
- **Case Number:** 15-20626-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 28, 2016 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#66 - Amended Plan Dated 5-13-16 (NFC)
   OBJ BY: # 70 - Ally Financial
R / M #:  66 / 0

### Appearances:

Schantz

- Debtor:
- Trustee: Winnecour / (Bedford)/ Pail / Katz
- Creditor: Solomon - Ally Financial

### Proceedings:

Ally not fully provided but no 506 filed in 17 months. New plan filed yesterday. Ally Requests a hearing.

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _____ at _____.

8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: 8-10-16 at 9:30.
10. ___ Other: