IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Marie Jioio,<br>　　　Debtor, | Bankruptcy 15-20626-GLT<br>Chapter　　13<br>Related to Docket Document No. 79<br>Docket Document No. 81 |
| Ronda Winnecour, Trustee and Debtor(s)<br>Lisa Marie Jioio,　xxx-xx-5163<br>　　　Movant,<br>vs.<br>Giant Eagle, Inc.<br>　　　Respondent, | Second Amended Motion No. WO-1 |

**CERTIFICATE OF SERVICE of EX PARTE ORDER TO PAY TRUSTEE PURSUANT TO SECOND MENDED WAGE ATTACHMENT ORDER WO-1**

I certify under penalty of perjury that I served the above captioned Order filed at Docket Document 79, Form 30 and this COS on the parties at the address specified below or on the attached list on August 3, 2016.

The type(s) of service made on the parties was: Prepaid United States First Class Mail containing a request for return of service address and electronic notification.

**Parties served by prepaid United States First Class Mail containing a return of service address are:**

Giant Eagle
ATTN:  Payroll Department
101 Kappa Drive
Pittsburgh, PA  15238-2809

Lisa Marie Jioio
113 Good Street
Jeannette, PA 15644

**Parties served electronically by the Court are:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| EXECUTED ON:  August 2, 2016 | By:  /s/David A. Colecchia, Esquire<br>David A. Colecchia<br>Law Care<br>324 S. Maple Ave.<br>Greensburg, PA 15601<br>724-837-2320<br>PA ID 71830<br>colecchia542@comcast.net |