IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 1 1 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                              :    Case No.:    15-20626-GLT
                                                    :    Chapter:     13
Lisa Marie Jioio                                    :
                                                    :    Date:        8/10/2016
            *Debtor(s)*.                            :    Time:        09:30

## PROCEEDING MEMO

MATTER:    # 66 - Amended Chapter 13 Plan dated 5/13/2016
           [Amended Chapter 13 Plan dated 7/27/2016 filed at Dkt. No. 76]

*APPEARANCES*:
           Debtor:    David A. Colecchia
           Trustee:   Jana Pail

*NOTES:*

Pail - 43 months remain in the case. Wages are remitting. Payments are current. Ally Financial requested a contested confirmation hearing because the plan considered at the last conciliation conference proposed a section 506 action. Debtor filed an amended plan on July 27, 2016.

Colecchia - Section 506 action was filed. Bank of America claim was settled and the bank withdrew its claim.

Pail - With the late claim of IRS governing and with a fee application being filed, the July 27 plan is feasible.

Colecchia - Will be filing a fee application.

*OUTCOME:*

1. Order to be issued confirming the July 27, 2016 plan with Claim No. 4 of the IRS to govern. Any additional attorney's fees shall be requested through a fee application. (HT to prepare).

**DATED:** 8/10/2016