Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lisa Marie Jioio**
Debtor(s)

Bankruptcy Case No.: 15−20626−GLT
Related Dkt. No. 76
Chapter: 13
Docket No.: 84 − 76
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 27, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No.4 of the IRS .

☒ H.   Additional Terms: Any additional attorney's fees shall be requested through a fee application.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 11, 2016

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-20626-GLT
Lisa Marie Jioio                                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: hthu              Page 1 of 2         Date Rcvd: Aug 11, 2016
                            Form ID: 149            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2016.
db          +Lisa Marie Jioio,    113 Good Street,    Jeannette, PA 15644-3322
cr          +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
              Joseph F. Weis, Jr. United States Courth,    700 Grant Street,    Pittsburgh, PA 15219-1906,
              U.S.A.
14001607     Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
14001609    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    Payoff Department,    4161 Piedmont Parkway,
              Greensboro, NC 27410-8110)
14076602    +Bank of America, N.A.,    P.O. Box 5170,    Simi Valley, CA 93062-5170
14001611     CBCS,   P. O. Box 2724,    Columbus, OH 43216-2724
14001616    #Excela Health Anesthesia Associates,    P.O. Box 5801,    High Point, NC 27262-5801
14001617     Excela Health Medical Group,    520 Jefferson Ave. Suite 400,    Jeannette, PA 15644-2538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14014781     E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2016 00:37:37     Ally Financial,
              PO Box 130424,    Roseville, MN 55113-0004,   Telephone number: 800-
14014782     E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2016 00:37:37     Ally Financial,
              PO Box 130424,    Roseville, MN 55113-0004
14001608    +E-mail/Text: ally@ebn.phinsolutions.com Aug 12 2016 00:37:37     Ally Financial,
              200 Renaissance Center,    Detroit, MI 48243-1300
14001610     E-mail/Text: ebn@carepayment.com Aug 12 2016 00:38:23     Carepayment,   P.O. Box 2398,
              Omaha, NE 68103-2398
14048056    +E-mail/Text: mnestico@cityofjnt.com Aug 12 2016 00:38:16     City of Jeannette,
              Waste Management,    110 South Second Street,    Jeannette, PA 15644-2114
14001613    +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 12 2016 00:38:22
              Credit Collections Service,    P. O. Box 773,   Needham, MA 02494-0918
14001614    +E-mail/Text: ccusa@ccuhome.com Aug 12 2016 00:37:37     Credit Collections USA,
              CCUSA/Attn:Bankruptcy,    16 Distributor Drive Suite 1,    Morgantown, WV 26501-7209
14001615     E-mail/Text: Bankruptcy.Consumer@dish.com Aug 12 2016 00:38:03     Dish Network,   Dept 0063,
              Palatine, IL 60055-0063
14256057    +E-mail/Text: cio.bncmail@irs.gov Aug 12 2016 00:37:45     Internal Revenue Service,
              1000 Liberty Ave Room 711B,    Pittsburgh, PA 15222-4107
14001618     E-mail/Text: bankruptcy@firstenergycorp.com Aug 12 2016 00:38:06     West Penn Power,
              P.O. box 3615,    Akron, OH 44309-3615
14062004    +E-mail/Text: bankruptcy@firstenergycorp.com Aug 12 2016 00:38:06     West Penn Power,
              1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
14001612*       CBCS,   PO Box 2724,    Columbus, OH 43216-2724
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: hthu              Page 2 of 2            Date Rcvd: Aug 11, 2016
                              Form ID: 149            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              David A. Colecchia    on behalf of Debtor Lisa Marie Jioio colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Defendant    BANK OF AMERICA colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Lisa Marie Jioio colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Samantha J Chugh    on behalf of Defendant    BANK OF AMERICA schugh@reedsmith.com
                                                                                             TOTAL: 9
```