IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Lisa Marie Jioio,<br>            Debtor<br><br>Lisa Marie Jioio<br>            Movant,<br><br>        vs.<br><br>Ronda J. Winnecour, Chapter 13 Trustee, Office of the United States Trustee, Ally Financial, Internal Revenue Service, West Penn Power,<br><br>            Respondents | Bankruptcy Case No.: 15-20626-GLT<br><br>Chapter: 13<br><br>Docket Document No. 88<br>Related to Docket No. 87<br><br>Hearing Date and Time: January 18, 2017, 10:00 AM<br><br>Responses Due:  December 31, 2016 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION FOR INTERIM COMPENSATION**

TO THE RESPONDENT(S):
You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **December 31, 2016** (*i.e*. seventeen (17) days after the date of service below) in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A hearing will be held on  **January 18, 2017 at 10:00 A.M. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** Only a limited time of ten (10) minutes is being provided on the ca1endar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at a later date.

Form GLT-301 (Rev. 8/9/13)

**Date of service:  December 14, 2016**          /s/David A. Colecchia, Esquire
                                                 Attorney for Movant/Applicant
                                                 David A. Colecchia and Associates
                                                 324 S. Maple Ave.
                                                 Greensburg, PA 15601
                                                 PA ID 71830
                                                 724-837-2320
                                                 Fax: 724-837-0602
                                                 Colecchia542@comcast.net