# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-20626-GLT |
|    Lisa Marie Jioio | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Bank of America, N.A.
                                P.O. Box 5170
                                Simi Valley, CA 93062-5170

Corrected Address:

    Creditor Name:    Bank of America, N.A.
    Correct Address:  P.O. Box 31785
                                Tampa, FL 33631-3785

                                                      /s/David A. Colecchia, Esquire
Dated: December 21, 2016                    Electronic Signature of Debtor(s)' Attorney
                                                      Law Care
                                                      David A. Colecchia and Associates
                                                      324 South Maple Ave.
                                                      Greensburg, PA 15601
                                                      724-837-2320
                                                      PA Bar I.D. 71830
                                                      dcolecchia@my-lawyers.us