IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lisa Marie Jioio,
                Debtor

Lisa Marie Jioio
                Movant,

        vs.


Ronda J. Winnecour, Chapter 13 Trustee,
Office of the United States Trustee, Ally
Financial, Internal Revenue Service, West
Penn Power,

                Respondents

Bankruptcy Case No.: 15-20626-GLT


Chapter: 13

Docket Document No. 88
Related to Docket No. 87

Hearing Date and Time: January 18,
              2017, 10:00 AM

Responses Due:  December 31, 2016

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION FOR
INTERIM COMPENSATION**

TO THE RESPONDENT(S):
        You are hereby notified that the Movant seeks an order affecting your rights or property.

        You are further instructed to file with the Clerk and serve upon the undersigned attorney
for Movant a response to the Motion no later than **December 31, 2016** (*i.e*. seventeen (17) days
after the date of service below) in accordance with the Federal Rules of Bankruptcy Procedure,
the Local Rules of this Court, and the general procedures of the presiding judge as found on the
Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written
response, an order granting the relief requested in the Motion may be may be entered and the
hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if
a default order was signed or if the hearing will go forward as scheduled.

        You should take this Notice and the Motion to your lawyer at once.

        A hearing will be held on  **January 18, 2017 at 10:00 A.M. before Judge Gregory L.
Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
15219.** Only a limited time of ten (10) minutes is being provided on the ca1endar. No witnesses
will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court at
a later date.

Form GLT-301 (Rev. 8/9/13)

**Date of service:  December 14, 2016**      /s/David A. Colecchia, Esquire
                                              Attorney for Movant/Applicant
                                              David A. Colecchia and Associates
                                              324 S. Maple Ave.
                                              Greensburg, PA 15601
                                              PA ID 71830
                                              724-837-2320
                                              Fax: 724-837-0602
                                              Colecchia542@comcast.net

Form GLT-301 (Rev. 8/9/13)