FILED

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAN 1 8 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| In re: | : | Case No.: | 15-20626-GLT |
| | : | Chapter: | 13 |
| Lisa Marie Jioio | : | | |
| | : | Date: | 1/18/2017 |
| *Debtor(s).* | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:**  #90 -Application for Interim Compensation for Main Case 15-20626-GLT and Related
Adversaries

16-020040-GLT and 16-02157-GLT
[Response due 12/31/16]

Tentative Ruling:  The Court is inclined to approve the application with the exception of a charge of $855 for 9.0 hours spent preparing an invoice on July 27, 2016.  The Court also notes that an additional 1.0 hour was spent on November 5, 2016 preparing an invoice.  It would appear that invoice preparation is an administrative cost of doing business, but to the extent it is not, 10 hours for the preparation of invoices appears to be excessive.  Counsel shall be prepared to address this issue at the hearing.

**APPEARANCES**:

Debtor:    David A. Colecchia

**NOTES:**

Colecchia - First fee application prepared by a new employee.  Spoke to her about the Court's concerns.  She is not a paralegal.  Invoices are exhibits attached to the fee application.  Believes some fees should be incurred for their preparation.

Court - If she is not a paralegal, how is she billing time to the bankruptcy estate?  Separate entries exist for the preparation of the fee application, including the exhibits.

Colecchia - Arranging the invoices took her more than time than would be typically necessary.

Court - Why wasn't that adjusted if counsel believed it was excessive time?

Colecchia - Did not believe it was excessive until the Court raised the issue.

Court - Charging at least 6.8 hours for the preparation of a fee application and an additional nine hours for the preparation of invoices.  Invoices are a cost of doing business.

Colecchia - Invoices needed to be arranged appropriately based upon the main case and the two adversary proceedings.

Court - In total, over 17 hours spent on the collection of fees in this case.  Understands fee applications can be an onerous process.  Separate line entry for preparing invoices as exhibits to the fee applications.  Concerned that counsel acknowledged that the employee was preparing the fee application for the first time yet did not adjust the time billed accordingly.  Does not see a basis to charge any fees for invoice preparation.

***OUTCOME:***

1. Modified Order to be issued granting Application for Interim Compensation.  O/E.

**DATED:**  1/18/2017