**FILED**

**JAN 18 2017**

**CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Lisa Marie Jioio<br>      Debtor | Bankruptcy Case No.: 15-20626-GLT<br><br>Chapter: 13 |
| Lisa Marie Jioio<br>      Movant,<br>  vs.<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>Office of the United States Trustee, Ally<br>Financial, Internal Revenue Service, West<br>Penn Power,<br>      Respondents | Docket Document No. 87 |

**ORDER OF COURT**

AND NOW, this __18th__ day of __January__, ~~2016~~ 2017, upon consideration of the Application for Interim Compensation filed by Counsel for the Debtor, and any responses thereto, it is hereby ORDERED and DECREED as follows:

1. Counsel's application for compensation is approved for the time period up to and including December 13, 2016 in the following amounts above and beyond fees and expenses already paid:

    a. Professional fees: ~~$8,578.22~~ $7,628.22 *

    b. Costs and Expenses: $35.00

2. Pursuant to W.PA.LBR 2016-1(h)(i), to the extent fees allowed are not contemplated in the Debtor's Chapter 13 Plan, Counsel shall file an Amended Plan within 14 days of the date of this Order.

\* The Court is adjusting the award to deduct $950 for 10.0 hours spent preparing invoices.

3. To the extent fees allowed are contemplated in the Plan, or otherwise are included in a future confirmed Plan, the Chapter 13 Trustee shall make monthly distributions to Counsel from funds available.

BY THE COURT:

_____
Hon. Gregory L. Taddonio, U.S.B.J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20626-GLT
Lisa Marie Jioio                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin                  Page 1 of 1                Date Rcvd: Jan 19, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
db             +Lisa Marie Jioio,    113 Good Street,    Jeannette, PA 15644-3322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Defendant    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              David A. Colecchia    on behalf of Plaintiff Lisa Marie Jioio colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Debtor Lisa Marie Jioio colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Defendant    BANK OF AMERICA colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samantha J Chugh    on behalf of Defendant    BANK OF AMERICA schugh@reedsmith.com
                                                                                             TOTAL: 11