Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lisa Marie Jioio**
Debtor(s)

Bankruptcy Case No.: 15−20626−GLT
Related to Docket No. 107
Chapter: 13
Docket No.: 108 − 107
Concil. Conf.: July 18, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 30, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **June 14, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **July 18, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 15, 2019

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20626-GLT
Lisa Marie Jioio                                                      Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0315-2            User: jhel               Page 1 of 2            Date Rcvd: Apr 15, 2019
                                Form ID: 213             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db          +Lisa Marie Jioio,   113 Good Street,   Jeannette, PA 15644-3322
cr          +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
              Pittsburgh, Pa 15222-5413
cr          +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
              Joseph F. Weis, Jr. United States Courth,   700 Grant Street,   Pittsburgh, PA  15219,
              U.S.A. 15219-1906
14001607     Allied Interstate,   P.O. Box 1954,   Southgate, MI 48195-0954
14001609    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank of America,   Payoff Department,   4161 Piedmont Parkway,
              Greensboro, NC 27410-8110)
14076602     Bank of America, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
14001611     CBCS,   P. O. Box 2724,   Columbus, OH 43216-2724
14001617    #Excela Health Medical Group,   520 Jefferson Ave. Suite 400,   Jeannette, PA 15644-2538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 03:16:04
              PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
14014781    +E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2019 03:02:03      Ally Financial,
              PO Box 130424,   Roseville, MN 55113-0004,   Telephone number: 800- 55113-0004
14014782     E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2019 03:02:03      Ally Financial,
              PO Box 130424,   Roseville, MN 55113-0004
14001608    +E-mail/Text: ally@ebn.phinsolutions.com Apr 16 2019 03:02:03      Ally Financial,
              200 Renaissance Center,   Detroit, MI 48243-1300
14001610     E-mail/Text: ebn@carepayment.com Apr 16 2019 03:03:16      Carepayment,   P.O. Box 2398,
              Omaha, NE 68103-2398
14048056    +E-mail/Text: mnestico@cityofjnt.com Apr 16 2019 03:02:59      City of Jeannette,
              Waste Management,   110 South Second Street,   Jeannette, PA 15644-2114
14001613    +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 16 2019 03:03:15
              Credit Collections Service,   P. O. Box 773,   Needham, MA 02494-0918
14001614    +E-mail/Text: ccusa@ccuhome.com Apr 16 2019 03:02:03      Credit Collections USA,
              CCUSA/Attn:Bankruptcy,   16 Distributor Drive Suite 1,   Morgantown, WV 26501-7209
14001615     E-mail/Text: Bankruptcy.Consumer@dish.com Apr 16 2019 03:02:36      Dish Network,   Dept 0063,
              Palatine, IL 60055-0063
14256057    +E-mail/Text: cio.bncmail@irs.gov Apr 16 2019 03:02:11      Internal Revenue Service,
              1000 Liberty Ave Room 711B,   Pittsburgh, PA 15222-4107
14706610     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 16 2019 03:04:32
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14001618     E-mail/Text: bankruptcy@firstenergycorp.com Apr 16 2019 03:02:42      West Penn Power,
              P.O. box 3615,   Akron, OH 44309-3615
14062004    +E-mail/Text: bankruptcy@firstenergycorp.com Apr 16 2019 03:02:42      West Penn Power,
              1310 Fairmont Ave,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           BANK OF AMERICA, N.A.
14001612*    CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14001616    ##Excela Health Anesthesia Associates,   P.O. Box 5801,   High Point, NC 27262-5801
                                                                            TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Apr 15, 2019
                              Form ID: 213            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Defendant    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David A. Colecchia    on behalf of Debtor Lisa Marie Jioio colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Defendant    BANK OF AMERICA colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Lisa Marie Jioio colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samantha J Chugh    on behalf of Defendant    BANK OF AMERICA schugh@reedsmith.com
                                                                                             TOTAL: 11
```