Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Lisa Marie Jioio** | : | Case No. 15−20626−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 107 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 2nd of July, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                         Case No. 15-20626-GLT
Lisa Marie Jioio                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas              Page 1 of 2          Date Rcvd: Jul 02, 2019
                             Form ID: 309            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2019.
db             +Lisa Marie Jioio,    113 Good Street,    Jeannette, PA 15644-3322
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +United States of America Department of the Treasur,     c/oOffice of U.S. Atty for W.D. of PA,
                 Joseph F. Weis, Jr. United States Courth,     700 Grant Street,    Pittsburgh, PA 15219,
                 U.S.A. 15219-1906
14001607        Allied Interstate,    P.O. Box 1954,    Southgate, MI 48195-0954
14001611        CBCS,   P. O. Box 2724,    Columbus, OH 43216-2724
14001617       #Excela Health Medical Group,    520 Jefferson Ave. Suite 400,    Jeannette, PA 15644-2538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: PRA.COM Jul 03 2019 07:13:00     PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14014781       +EDI: GMACFS.COM Jul 03 2019 07:13:00     Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004,    Telephone number: 800- 55113-0004
14014782        EDI: GMACFS.COM Jul 03 2019 07:13:00     Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004
14001608       +EDI: GMACFS.COM Jul 03 2019 07:13:00     Ally Financial,   200 Renaissance Center,
                 Detroit, MI 48243-1300
14001609        EDI: BANKAMER.COM Jul 03 2019 07:13:00     Bank of America,    Payoff Department,
                 4161 Piedmont Parkway,    Greensboro, NC 27410-8110
14076602        EDI: BANKAMER.COM Jul 03 2019 07:13:00     Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14001610        E-mail/Text: ebn@carepayment.com Jul 03 2019 03:15:32     Carepayment,    P.O. Box 2398,
                 Omaha, NE 68103-2398
14048056       +E-mail/Text: mnestico@cityofjnt.com Jul 03 2019 03:15:20     City of Jeannette,
                 Waste Management,    110 South Second Street,    Jeannette, PA 15644-2114
14001613       +EDI: CCS.COM Jul 03 2019 07:13:00     Credit Collections Service,    P. O. Box 773,
                 Needham, MA 02494-0918
14001614       +EDI: CCUSA.COM Jul 03 2019 07:13:00     Credit Collections USA,    CCUSA/Attn:Bankruptcy,
                 16 Distributor Drive Suite 1,    Morgantown, WV 26501-7209
14001615        EDI: ESSL.COM Jul 03 2019 07:13:00     Dish Network,   Dept 0063,    Palatine, IL 60055-0063
14256057       +EDI: IRS.COM Jul 03 2019 07:13:00     Internal Revenue Service,    1000 Liberty Ave Room 711B,
                 Pittsburgh, PA 15222-4107
14706610        EDI: PRA.COM Jul 03 2019 07:13:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
14001618        E-mail/Text: bankruptcy@firstenergycorp.com Jul 03 2019 03:15:09      West Penn Power,
                 P.O. box 3615,   Akron, OH 44309-3615
14062004       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 03 2019 03:15:09      West Penn Power,
                 1310 Fairmont Ave,    Fairmont, WV 26554-3526
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
14001612*       CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14001616       ##Excela Health Anesthesia Associates,    P.O. Box 5801,   High Point, NC 27262-5801
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Jul 02, 2019
                              Form ID: 309            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Defendant    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          David A. Colecchia    on behalf of Debtor Lisa Marie Jioio colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. Colecchia    on behalf of Defendant    BANK OF AMERICA colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. Colecchia    on behalf of Plaintiff Lisa Marie Jioio colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Samantha J Chugh    on behalf of Defendant    BANK OF AMERICA schugh@reedsmith.com
                                                                                             TOTAL: 11
```