**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LISA MARIE JIOIO

Debtor(s)

Ronda J. Winnecour
  Movant
vs.
No Respondents.

Case No.:15-20626 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 02/26/2015 and confirmed on 05/19/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,390.07 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,390.07 |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 8,500.00 | |
|  Trustee Fee | 1,220.46 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,720.46 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|  BANK OF AMERICA** | 5,067.31 | 5,067.31 | 0.00 | 5,067.31 |
|   Acct: 5369 | | | | |
|  BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5369 | | | | |
|  PRA RECEIVABLES MANAGEMENT LLC - A | 6,500.00 | 6,500.00 | 878.84 | 7,378.84 |
|   Acct: 5435 | | | | |
| | | | | 12,446.15 |
| **Priority** | | | | |
|  DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  LISA MARIE JIOIO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  DAVID A COLECCHIA ESQ | 3,710.00 | 3,710.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  DAVID A COLECCHIA ESQ | 7,539.00 | 4,790.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXX3-16 | | | | |

| 15-20626 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE* | 5,388.09 | 5,388.09 | 0.00 | 5,388.09 |
| | Acct: 5163 | | | | |
| | WEST PENN POWER* | 0.00 | 1,835.37 | 0.00 | 1,835.37 |
| | Acct: 5296 | | | | |
| | | | | | 7,223.46 |
| Unsecured | | | | | |
| | ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3361 | | | | |
| | CARE PAYMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9938 | | | | |
| | CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2760 | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3998 | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7801 | | | | |
| | EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9001 | | | | |
| | EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9002 | | | | |
| | EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6EMG | | | | |
| | EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6EMG | | | | |
| | WEST PENN POWER* | 2,938.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 3267 | | | | |
| | CITY OF JEANNETTE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX4-15 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,774.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 5163 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 1,075.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 5435 | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 19,669.61 |
|---|---|---|

TOTAL CLAIMED
PRIORITY          5,388.09
SECURED          11,567.31
UNSECURED        5.788.56

Date: 08/08/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com